# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**John M. Domurad**
Clerk of Court

**Daniel R. McAllister**
Chief Deputy

**James M. Hanley Federal Building**
P.O. Box 7367 100 S. Clinton Street
Syracuse NY 13261-7367
(315) 234-8500

March 23, 2022

<u>*VIA E-MAIL AND USPS*</u>
Reed N. Colfax, Esq.
Sara K. Pratt, Esq.
RELMAN COLFAX, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036

RE: CNY Fair Housing, Inc., et al. vs. Clover Construction Management, Inc., et al.
NYND CASE NO. 5:22-cv-278 (GTS/ATB)

Dear Sir or Madam:

Please be advised that the above case was filed March 22, 2022, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf. If you will be seeking Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Patsy Harvey, Case Processing Specialist

cc: Conor Kirchner, Esq. (via CM/ECF)
Casey Weissman-Vermeulen, Esq. (via CM/ECF)
NDNY File