AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of New York

| | |
|---|---|
| CNY Fair Housing, Inc.;<br>Housing Research & Advocacy Center, Inc., d/b/a Fair Housing Center for Rights &<br>Research, Inc.; Fair Housing Opportunities of Northwest Ohio, d/b/a The Fair Housing<br>Center; Housing Opportunities Made Equal of Greater Cincinnati, Inc.; Fair Housing<br>Center of Central Indiana, Inc.; The Fair Housing Partnership<br>of Greater Pittsburgh, Inc.; and Housing Opportunities Made Equal of Buffalo, Inc.<br>*Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | )  Civil Action No.  5:22-cv-278 (GTS/ATB) |
| Clover Construction Management, Inc ;<br>Clover Construction Management West, Inc ; Clover Management, Inc ; WellClover Holdings LLC; Clover Communities<br>Fries LLC; Clover Communities Camillus LLC; Well 1031 Holdco 1, LLC d/b/a Carlton<br>Hollow Apartments; Jill Joseph Tower LLC d/b/a Jill Joseph Tower Senior Apartments;<br>Clover Communities Lancaster LLC; Clover Communities New Hartford LLC; Clover<br>Communities Johnson City LLC; Clover Communities Southwestern LLC; Clover<br>Communities Sweethome LLC; Mussachio Architects P C ; and Marc Mussachio<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MUSSACHIO ARCHITECTS P.C.
C/O ANTHONY C. MUSSACHIO
30 NORTH FOREST ROAD
WILLIAMSVILLE, NY UNITED STATES, 14221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Conor Kirchner and Casey Weissman-Vermeulen
CNY Fair Housing, Inc.
731 James Street
Syracuse, NY 13203
(315) 471-0420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date:   3/24/2022                              s/ Patsy Harvey
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:22-cv-278 (GTS/ATB)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                             *Server's signature*

                                     _____
                                             *Printed name and title*


                                     _____
                                             *Server's address*

Additional information regarding attempted service, etc: